DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

JENKINS v. JENKINS

No. 141 PC.

Now No. 18 PA82.

Case below: 54 N.C. App. 693.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 27 January 1982.

JOHNSON v. DUNLAP

No. 10 P 82.

Case below: 53 N.C. App. 312.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 27 January 1982.

POPE v. PETERS

No. 155 PC.

Case below: 54 N.C. App. 493.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1982.

POYTHRESS v. J. P. STEVENS

No. 158 PC.

Case below: 54 N.C. App. 376.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1982.

STATE v. ASHLEY

No. 152 PC.

Case below: 54 N.C. App. 386.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1982.